UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL SHERLOCK, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, a California Corporation and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 2:22-cv-00426-SVW-AFM<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE TRIAL AND RELATED PRE-TRIAL DATES** |

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The trial date in this matter, currently scheduled for June 14, 2022, is continued for approximately 30 days to July 19, 2022 (Tuesday).

2. The final status conference in this matter, currently scheduled for June 6, 2022, shall be continued to July 11, 2022.

3. All corresponding pre-trial dates and deadlines, including, but not limited to, expert discovery deadlines, non-expert discovery deadlines and motion deadlines (including for discovery motions and dispositive motions, such as motions for summary judgment and partial summary judgment), whether set automatically by statute or specifically by the Court, shall run from the new trial date.

4. There will be no further continuances.

IT IS SO ORDERED.

Dated: April 6, 2022

_____
Hon. Stephen V. Wilson